

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00468-CV

**IN RE** William **FISHBACK**

Original Proceeding[1]

**ORDER**

On August 1, 2022, relator filed a petition for writ of mandamus. After considering the petition and the record before us, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 10, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022CVK00319-D4, styled *James Patrick Walker, Sr., James Patrick Walker Jr., Janent Denise Villarreal, and Amanda Hayes vs. William Fishback; and Whitworth Gigarroa, PLLC, Martha Gigarroa, and Emily Divila vs. William Fishback; and Russell Jordan vs. William Fishback*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Sid L. Harle presiding.